# NO. 12-14-00015-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *IN RE:* | § | |
| *MAX B. HANSON,* | § | *ORIGINAL PROCEEDING* |
| *RELATOR* | § | |

### *MEMORANDUM OPINION*
### *PER CURIAM*

Max B. Hanson filed this original mandamus proceeding complaining of the trial court's order setting aside the mediated settlement agreement (MSA) between Max and his wife, Marie, in their divorce proceeding. On February 27, 2015, this court conditionally granted Max's petition and directed Respondent to (1) vacate his November 13, 2013 order setting aside the MSA and (2) render judgment on the MSA pursuant to Family Code Section 6.602. Respondent has now complied with this court's opinion and order, rendering this proceeding moot. Accordingly, we ***dismiss*** the Hanson's petition for writ of mandamus as ***moot***.

Opinion delivered April 8, 2015.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*

(PUBLISH)



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

### APRIL 8, 2015

### NO. 12-14-00015-CV

### IN RE: MAX B. HANSON,
Relator
v.
### HON. ROBERT K. INSELMANN, JR.,
Respondent

### ORIGINAL PROCEEDING

ON THIS DAY came to be heard the petition for writ of mandamus filed by **MAX B. HANSON**, who is the relator in Cause No. DV-00731-12-01, pending on the docket of the County Court at Law #1 of Angelina County, Texas. Said petition for writ of mandamus having been filed herein on January 15, 2014, and the same having been duly considered, because it is the opinion of this Court that this original proceeding should be dismissed as moot, it is therefore CONSIDERED, ADJUDGED and ORDERED that the said petition for writ of mandamus be, and the same is, hereby **dismissed as moot**.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J.*